**BARSHAY SANDERS, PLLC**
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel: (516) 203-7600
Fax: (516) 706-5055
Email: *ConsumerRights@BarshaySanders.com*
*Attorneys for Plaintiff*
Our File No.: 112598

**F I L E D**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  MAY 12 2018  ★

LONG ISLAND OFFICE

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHLEEN MELLON, JAMES CARUSO, KRISTINE M. FARRELL, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiff, <br><br> vs. <br><br> MONARCH RECOVERY MANAGEMENT, INC., <br><br> Defendant. | Docket No: 2:17-cv-02695-ADS-ARL <br><br><br> **NOTICE OF SETTLEMENT** |

Now comes the Plaintiff KATHLEEN MELLON, JAMES CARUSO, KRISTINE M. FARRELL,

INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED by and

through counsel, to provide notice to the Court that the present cause has been settled between the

parties, and state:

1. A settlement agreement ("Agreement") is in the process of being finalized. Once the

   Agreement is fully executed, and Plaintiffs have received the consideration required pursuant

   to the Agreement, the parties will submit a Stipulation of Voluntary Dismissal *with prejudice*

   pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and will therein request that the

   case be dismissed and closed.

1

2.  The parties respectfully request that the Court stays this case and adjourns all deadlines and

    conferences.

3.  We respectfully request the Court provide that the parties may seek to reopen the matter

    for forty-five (45) days to assure that the Agreement is executed and that the settlement

    funds have cleared.

DATED: May 10, 2018

**BARSHAY SANDERS, PLLC**

By: */s/ David M. Barshay*
David M. Barshay, Esq.
BARSHAY SANDERS, PLLC
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel: (516) 203-7600
Fax: (516) 706-5055
*ConsumerRights@BarshaySanders.com*
*Attorneys for Plaintiff*
Our File No.: 112598

The Court is closing this case pursuant to the terms of the settlement agreement.  In the event that the parties are unable to finalize their settlement, they are granted leave to reopen the case.  SO ORDERED.

s/ Arthur D. Spatt

_____          5/12/18
Arthur D. Spatt, U.S.D.J.          Date

BARSHAY | SANDERS PLLC
100 GARDEN CITY PLAZA, SUITE 500
GARDEN CITY, NEW YORK 11530